**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**ISHMAEL HARRIS,**                                                                                    **PETITIONER**

**V.**                                                                                                          **NO. 4:06CV76-P-B**

**JIM HOOD,**                                                                                           **RESPONDENT**

## ORDER DENYING MOTIONS AS MOOT

Having been advised that Respondent did not receive proper notice of this matter through no fault of his own but, rather due to an inadvertent clerical error, the court has reset the deadline for Respondent's answer. Therefore, Petitioner's motions for default judgment (docket entries 12 and 13) are hereby DENIED AS MOOT. Petitioner's pending motion to compel (docket entry 8) is also DENIED AS MOOT.

THIS 14th day of December, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE