# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**ISHMAEL HARRIS,**                                                   **PETITIONER**

**V.**                                                                             **NO. 4:06CV076-P-B**

**JIM HOOD**                                                          **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **DISMISSED** with prejudice. Petitioner's motion for hearing (docket entry 30) is DENIED..

**IT IS SO ORDERED.**

THIS the 17th day of August, 2007.

                                                        /s/ W. Allen Pepper, Jr.
                                                        W. ALLEN PEPPER, JR.
                                                        UNITED STATES DISTRICT JUDGE